IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

    Plaintiff,

v.

DENNIS RICHARDS, ET AL.,

    Defendants.

ORDER

17-cv-187-wmc

---

Plaintiff Christopher Goodvine is proceeding in this lawsuit on Fourteenth Amendment claims against various defendants related to incidents that took place in February of 2017, when Goodvine was being held at the Columbia County Jail.

On October 22, 2019, the County Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 37, on the grounds that Goodvine failed to (1) comply with the court's order compelling discovery responses, and (2) appear for a properly noticed deposition. (Dkt. #82.) All the remaining defendants have joined the motion as well. (Dkt. ##82, 87.) The court set November 12, 2019, as Goodvine's deadline to respond to the motion to dismiss. That deadline has passed, and Goodvine has not responded or contacted the court seeking an extension of that deadline. The court is inclined to dismiss this case pursuant to Federal Rule of Civil Procedure 37, but the court will give Goodvine one more opportunity to respond substantively to defendants' motion. Goodvine now has until **December 2, 2019,** to file an opposition to defendants' motion to dismiss. His failure to meet this deadline likely will cause the court to grant defendants' motion as

1

unopposed and dismiss this lawsuit with prejudice under Federal Rule of Civil Procedure 37.

ORDER

IT IS ORDERED that plaintiff Christopher Goodvine may have until **December 2, 2019,** to file a response to defendants' motion to dismiss. **If Goodvine does not respond by that date, the court will grant defendants' request to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 37.**

Dated this 18th day of November, 2019.

                                         BY THE COURT:

                                         /s/

                                         WILLIAM M. CONLEY
                                         District Judge