IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    Plaintiff,

v.

Case No. 17-cv-187-wmc

DENNIS RICHARDS, COLUMBIA
COUNTY, CHIEF DEPUTY KUHL,
LT. STILSON, SGT. KJORLIE,
SGT. KIEFER, SGT. WILLIAMS,
SGT. MCLAUGHLIN,
SGT. RINGELSTETTER, SGT. OETZMAN,
WAGNER, YANEZ, DRAEGER, DAVEALI,
ALTSHWAGER, DEYOUNG, HAYES,
PETERSON, WENGER, BURSAW,
FISCHER, DR. TOM HAYES,
TIFFANY GALIMOND, LISA BARGENDER,
DR. JACKSON, AND NP BARDEN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |